### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK KINKEAD, | ) |
|       PLAINTIFF, | ) |
| vs. | ) CASE NO. 08-CV-562-JHP-FHM |
| TERRY DURBOROW, et al., | ) |
|       DEFENDANTS. | ) |

### OPINION AND ORDER

Correspondence from Plaintiff, Mark Kinkead, to the Clerk of Court titled: Judicial Notification [Dkt. 137] is before the Court for consideration.

Liberally construed, the Court understands the correspondence to be a motion for a protective order to prevent Defendants from conducting discovery in the form of Defendants' Subpoena Duces-Tecum dated October 1, 2010. [Dkt. 136-1].

In its prior Opinion and Order issued September 29, 2010 [Dkt. 135], the Court explained that it did not intend for general merits discovery to occur prior to a ruling on dispositive motions.

The Court, therefore, grants a protective order directing Defendants to withdraw the Subpoena Duces Tecum issued by Defendants on September 29, 2010 [Dkt. 136-1] and stays further discovery in the case until the Court rules on dispositive motions.

SO ORDERED this 12th day of October, 2010.

*Frank H. McCarthy*
FRANK H. MCCARTHY
UNITED STATES MAGISTRATE JUDGE